IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KENDRIA Y. WEST, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | NO. 3:19-cv-00185 |
| GOVERNOR BILL LEE and HERBERT SLATERY, III, | ) | JUDGE RICHARDSON |
| Defendants. | ) | |

## **ORDER**

Before the Court is Plaintiff Kendria West's Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. No. 2.) For good cause shown, Plaintiff's Application is **GRANTED**, and the Clerk is **DIRECTED** to file this case in forma pauperis.

Having conducted the initial review of the complaint as required by 28 U.S.C. § 1915(e)(2), and for the reasons set forth in the accompanying Memorandum Opinion, the Court finds that Plaintiff's claims are barred by the Eleventh Amendment. The complaint is therefore **DISMISSED WITHOUT PREJUDICE**.

This is the final order in this action, and the Clerk **SHALL** enter judgment in accordance with Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE